Irene Ruzin, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, JARED MICHAEL WILLIAMS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JARED MICHAEL WILLIAMS, <br> , <br>     Plaintiff, <br>  vs. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br>     Defendants. | Case No.: CV 10-3373 JHN (FFM) <br><br> [~~PROPOSED~~]  <u>ORDER AWARDING EAJA FEES</u> |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's under the Equal Access to Justice Act ("EAJA") are awarded  in the amount of  THREE THOUSAND SIX HUNDRED DOLLARS ($3,600.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: September 22, 2011

                                    /S/ FREDERICK F. MUMM
                                      FREDERICK F. MUMM
                                      United States Magistrate Judge